# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

LAURA KELLER, :

    Plaintiff, : CIVIL ACTION NO. 3:15-2511

    v. : (JUDGE MANNION)

LACKAWANNA COUNTY, :
WILLIAM BROWNING,
and AMERICAN FEDERATION OF :
STATE, COUNTY AND MUNICIPAL
EMPLOYEES, AFL-CIO, DISTRICT :
COUNCIL 87,
    :
    **Defendants.**
    :

## ORDER

In accordance with the memorandum issued by the court this same day, **IT IS HEREBY ORDERED THAT** the third partial motion to dismiss brought by the defendants Lackawanna County and William Browning (collectively, the "County defendants"), (Doc. 33), is **GRANTED IN PART** and **DENIED IN PART** as follows:

(1) The County defendants' motion to dismiss Count I in the plaintiff's second amended complaint, (Doc. 28), is **GRANTED**, in part;

(2) Count I in the plaintiff's second amended complaint, (Doc. 28), is **DISMISSED WITHOUT PREJUDICE**;

(3) The plaintiff is granted leave to amend her second amended complaint, (Doc. 28), and shall have until **August 14, 2017** to file her final complaint;

(4) The County defendants' motion to dismiss Count III in the plaintiff's second amended complaint, (Doc. 28), is **DENIED**; and

(5) The County defendants' request to strike attorney's fees from Count III of the plaintiff's second amended complaint, (Doc. 28), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: August 1, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2511-01 Order.wpd