# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA KELLER, | : | |
| Plaintiff | : | CIVIL ACTION NO. 15-2511 |
| v. | : | (JUDGE MANNION) |
| LACKAWANNA COUNTY, WILLIAM BROWNING, Individually, and AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, DISTRICT COUNCIL 87, | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** AFSCME's motion for summary judgment, **(Doc. 45)**, is **GRANTED**.

**(2)** The Lackawanna County defendants' motion for summary judgment, **(Doc. 48)**, is **GRANTED**.

**(3)** The Clerk of Court is **DIRECTED TO ENTER JUDGMENT IN FAVOR OF THE DEFENDANTS AND AGAINST THE PLAINTIFF**.

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

                                         s/ *Malachy E. Mannion*
                                         **MALACHY E. MANNION**
                                         **United States District Judge**

**Date: March 30, 2019**
15-2511-03-ORDER.wpd